# United States Court of Appeals
# for the Fifth Circuit

—————————

No. 23-40467
Summary Calendar

—————————

United States Court of Appeals
Fifth Circuit

**FILED**

March 18, 2024

Lyle W. Cayce
Clerk

Danielle D'vonne Sposito,

*Plaintiff—Appellant*,

*versus*

Cynthia McCrann Wheless, *Judge*; Raymond G. Wheless, *Administrative Judge*; Emily Miskel, *Judge*,

*Defendants—Appellees*.

—————————————————————————

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4:22-CV-685

—————————————————————————

Before Clement, Elrod, and Ho, *Circuit Judges*.

Per Curiam:*

After reviewing the parties' briefs and the record, we find no reversible error. We AFFIRM. *See* 5th Cir. R. 47.6.

—————————————————

* This opinion is not designated for publication. *See* 5th Cir. R. 47.5.